**Karriem Wali MUHAMMAD,**
**Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT**
**OF JUSTICE; John Ashcroft,**
**Respondents–Appellees.**

No. 01–6955.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 17, 2001.

Decided Oct. 23, 2001.

Karriem Wali Muhammad, pro se.

Before WILKINS and NIEMEYER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Karriem Wali Muhammad appeals the
district court's order denying relief on his
28 U.S.C. § 2241 (1994) petition. We have
reviewed the record and the district
court's opinion and find no reversible er-
ror. Accordingly, we affirm substantially
on the reasoning of the district court. *See
Muhammad v. United States,* No. CA–01–
1397–MJG (D.Md. May 22, 2001).* We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*

---

* Assuming with deciding that Muhammad
could assert a claim pursuant to the Supreme
Court's decision in *Apprendi v. New Jersey,*
530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d
435 (2000), under § 2241, we note that he
cannot demonstrate error because his sen-
tences did not exceed the applicable statutory
maximums. *See United States v. Angle,* No.
99–4662 slip op. at 5 (4th Cir. June 29, 2001)
(en banc) (published).